UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEFERTITI DUNLAP, Plaintiff, v. CITY OF NEW YORK, Defendant. | 26-CV-1703 (RA) ORDER |

RONNIE ABRAMS, United States District Judge:

On August 24, 2026, the Court granted Defendant's request for an extension of time to respond to the Complaint, extending the deadline to September 18, 2026. To date, however, Defendant has not answered or otherwise responded to the Complaint. Defendant shall do so, or file a status update explaining its failure to respond, no later than October 1, 2026.

SO ORDERED.

Dated: September 24, 2026
New York, New York

Ronnie Abrams
United States District Judge