UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEFERTITI DUNLAP,

Plaintiff,

v.

CITY OF NEW YORK,

Defendant.

26-CV-1703 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 24, 2026, the Court granted Defendant's fourth request for an extension of time to respond to the Complaint, extending the deadline to September 18, 2026. *See* Dkt. 14. On September 24, 2026, after Defendant failed to respond, we instructed Defendant to respond or file a status update explaining its failure to respond by October 1, 2026. *See* Dkt. 15. On October 1, 2026, Defendant requested a fifth extension of time to respond to the Complaint, seeking to extend the deadline to October 9, 2026. *See* Dkt. 16. To date, however, Defendant has not answered or otherwise responded to the Complaint. Defendant shall do so, or file a status update explaining its failure to respond, no later than October 20, 2026.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Ronnie Abrams
United States District Judge